AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| INVICTUS HYPERION )<br>*Plaintiff* )<br>v. )<br>MENLO, INC. d/b/a MENLO ONE, et al. )<br>*Defendant* ) | Case No. 1:19-cv-06146-ER |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MENLO, INC. d/b/a MENLO ONE                                      .

Date: 08/08/2019

/s/ John Radice
*Attorney's signature*

John Radice (NY 4305793)
*Printed name and bar number*
475 Wall Street
Princeton, NJ 08540

*Address*

jradice@radicelawfirm.com
*E-mail address*

(646) 245-8502
*Telephone number*

(609) 385-0745
*FAX number*