# RADICE LAW FIRM, P.C.

475 Wall Street
Princeton, NJ 08540
Phone: (646) 245-8502
Fax: (609) 385-0745

---

August 20, 2019

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *Invictus Hyperion v. Menlo, Inc.*, No. 1:19-cv-06146

Dear Judge Ramos:

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1(d), Defendant Menlo, Inc. hereby moves to extend the time for Defendant to answer, move, or otherwise respond to the Complaint filed by Invictus Hyperion in this action up to and including August 28, 2019. Invictus Hyperion does not object to this request. In support of their motion, Defendant states as follows:

1. Invictus Hyperion filed their Complaint on July 1, 2019 (ECF No. 1);
2. Defendant was served July 15, 2019;
3. Pursuant to Fed. R. Civ. P. 12(a)(1), the current deadline for Defendant to respond to the Complaint is August 5, 2019;
4. Defendant seeks additional time to formulate their responses to the specific allegations of the Complaint. Counsel for Invictus Hyperion has not objected to this request.
5. As a result, and for good cause shown, Defendant respectfully requests that the Court extend the deadline for Defendant to respond to the Complaint until and including August 28, 2019;
6. Invictus Hyperion does not object to the relief requested by this Motion.

WHEREFORE, Defendant respectfully moves that the Court extend the time for Defendants to answer or otherwise respond to the Complaint until and including August 28, 2019.

Dated: August 20, 2019

Sincerely,

John Radice

RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ  08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 20, 2019.

　/s/ *John D Radice*