```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 9/26/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
INVICTUS HYPERION,

                          Plaintiff,

      - against -

MENLO, INC.,

                         Defendants.
-------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

19-cv-6146 (ER)(JLC)

The above-entitled action is referred to the Honorable James L. Cott, United States Magistrate Judge, for the following purpose:

| | | | |
|---|---|---|---|
| ____ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| | | _X_ | SETTLEMENT |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| ____ | JURY SELECTION | ____ | CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF _____ |

Dated: New York, New York
        September 26, 2019

SO ORDERED:

_____
EDGARDO RAMOS, U.S.D.J.

* Do not check if already referred for General Pre-Trial.

Rev. 9/10