UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INVICTUS HYPERION<br><br>v.<br><br>MENLO, INC., et al. | No. 1:19-cv-06146-ER |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel John D. Radice hereby withdraws his appearance as counsel for defendant Menlo, Inc. in the above-captioned litigation and respectfully requests that his name be removed from all applicable service lists. The defendant will continue to be represented by Peter Fox at Scoolidge Peters Russotti & Fox, LLP.

*/s/ John D. Radice*
John D. Radice
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Telephone: 646-245-8502
Facsimile: 619-233-0508
Email: jradice@radicelawfirm.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 28, 2019, I caused the foregoing to be served on counsel of record for all parties via electronic mail using the email addresses maintained on the Court's ECF system.

October 28, 2016            */s/ John D. Radice*
                   John D. Radice
                   RADICE LAW FIRM, P.C.
                   475 Wall Street
                   Princeton, NJ 08540
                   Telephone: 646-245-8502
                   Facsimile:  619-233-0508
                   Email:  jradice@radicelawfirm.com